Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23059−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felix Jimenez
   363 Highland Ave
   Passaic, NJ 07055−3210

Social Security No.:
   xxx−xx−6205

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 3, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Felix Jimenez  
    Debtor

Case No. 17-23059-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Oct 03, 2017  
                    Form ID: 148        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db              Felix Jimenez,    363 Highland Ave,    Passaic, NJ 07055-3210
516904755      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,    38 Fountain Square Plz,    Cincinnati, OH  45202)
516904756      +Mccabe Weisberg Conway,    216 Haddon Ave, Suite 303,    Westmont, NJ 08108-2811
516938523      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2017 23:09:24      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2017 23:09:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516932899      +EDI: CAPITALONE.COM Oct 03 2017 22:43:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516932900      +EDI: RCSFNBMARIN.COM Oct 03 2017 22:43:00      Credit One,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516932901      +EDI: AMINFOFP.COM Oct 03 2017 22:43:00      First Premier,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
517088353       EDI: AGFINANCE.COM Oct 03 2017 22:43:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
516932902      +EDI: AGFINANCE.COM Oct 03 2017 22:43:00      One Main Financial,    PO Box 183172,
                 Columbus, OH 43218-3172
517092602       EDI: PRA.COM Oct 03 2017 22:43:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
516907953      +EDI: RMSC.COM Oct 03 2017 22:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516932903      +EDI: TDBANKNORTH.COM Oct 03 2017 22:43:00      TD Bank North,    PO Box 8400,
                 Lewiston, ME 04243-8400
516932904       E-mail/Text: tidewaterlegalebn@twcs.com Oct 03 2017 23:08:45      Tidewater Finance,
                 PO Box 13306,    Chesapeake, VA  23325-0306
517048550      +EDI: AIS.COM Oct 03 2017 22:43:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516950877*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              Benjamin Jamie Ginter     on behalf of Debtor Felix   Jimenez gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY nj-ecfmail@mwc-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```